**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff
SOLOMIA TRESHCHUK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMIA TRESHCHUK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SACRAMENTO; JOHN MCGINNESS, individually and in his official capacity as Sheriff of the Sacramento County Sheriff's Department; Sacramento Sheriff's Department Deputy PAUL S. PFEIFER (Badge #1398); Sacramento Sheriff's Department Deputy MATT WARREN (Badge #1314); Sacramento Sheriff's Department Deputy KIMBERLY BOSWELL (Badge #710); and Sacramento Sheriff's Department Sergeant STEVE GRALIAN (Badge #233),<br><br>　　　　Defendants.<br>_____／ | No:  2:09-CV-00691 MCE EFB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP RULE 41; ORDER** |

　　　　IT IS HEREBY STIPULATED and agreed by and between Plaintiff SOLOMIA TRESHCHUK and Defendants COUNTY OF SACRAMENTO, JOHN McGINNESS, PAUL S. PFEIFER, MATT WARREN, KIMBERLY BOSWELL and STEVE GRALIAN, by and through their undersigned counsel, that any and all claims

Stipulation for Dismissal and [Proposed] Order　　　　　　　　　　　　　　　　　　　　　　　1

1  against Defendants COUNTY OF SACRAMENTO, JOHN McGINNESS, PAUL S.
2  PFEIFER, MATT WARREN, KIMBERLY BOSWELL, and STEVE GRALIAN be
3  dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
4  Each party is to bear his, hers or its own costs and attorneys' fees, including any
5  entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.

7  Dated: November 16, 2010          LAW OFFICE OF STEWART KATZ

8                                    /s/ Stewart Katz
9                                    Stewart Katz
                                     Attorney for Plaintiff,
10                                   SOLOMIA TRESHCHUK

12 Dated: November 17, 2010          RANDOLPH, CREGGER & CHALFANT LLP
13                                    /s/ Robert L. Chalfant
14                                   Robert L. Chalfant
                                     Attorney for Defendants,
15                                   COUNTY OF SACRAMENTO, JOHN
                                     McGINNESS, PAUL S. PFEIFER, MATT
16                                   WARREN, KIMBERLY BOSWELL and STEVE
17                                   GRALIAN

19                          **ORDER DISMISSING ACTION**

20  Pursuant to the parties' stipulation, this entire action is dismissed with prejudice.
21  All parties to bear his, her or its own costs and attorneys' fees.  The Clerk of Court is
22  hereby directed to close the file.

23  Dated:  November 29, 2010

25                                   _____
                                     MORRISON C. ENGLAND, JR
26                                   UNITED STATES DISTRICT JUDGE